DENNEY, Movant, v. ACTON'S ADMINISTRATRIX, Opposed.

Court of Appeals of Kentucky.

(Decided May 12, 1936.)

Motion for an appeal from the Pulaski circuit court. Judgment for $275.

R. C. TARTER and ELZA BERTRAM for movant.

B. J. BETHURUM opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.